Case 3:20-cv-00176   Docu... 06/16/21 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
June 16, 2021
Nathan Ochsner, Clerk

EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| **E-Z LINE PIPE SUPPORT CO., LLC** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CIVIL ACTION NO. 3:20-cv-00176** |
| § | |
| **PIPING TECHNOLOGY &** § | |
| **PRODUCTS, INC.** § | |
| § | |
| **Defendant.** § | |

**STIPULATION AND AGREED PERMANENT INJUNCTION**

This Stipulation and Agreed Permanent Injunction (the "Agreed Permanent Injunction") is entered into by and between E-Z Line Pipe Support Co., LLC ("E-Z Line") and Piping Technology & Products, Inc. ("Piping").

**WHEREAS**, on May 27, 2020, E-Z Line filed an Original Complaint against Piping, initiating the above-styled action, asserting copyright infringement and Lanham Act claims against Piping, and seeking permanent injunctive relief;

**WHEREAS**, E-Z Line and Piping have agreed to and requested this Agreed Permanent Injunction in order to avoid the further expense and inconvenience of litigation;

**NOW, THEREFORE**, in consideration of the foregoing, the Court hereby orders, that Piping and its affiliates, assigns, and successors are permanently **ENJOINED** from using or publishing E-Z Line's name; any E-Z Line material that is registered with the United States Copyright Office; or any E-Z Line trademark that is registered with the United States Patent and Trademark Office.

This judgment disposes of all parties and all claims and is in all respects final; provided, however, that the Court shall retain jurisdiction over this matter for purposes of enforcing the Agreed Permanent Injunction.

SIGNED on this 16th day of June 2021.

*Jeff Brown*

AGREED AND APPROVED:

By: */s/ Hunter M. Barrow*
Hunter M. Barrow
State Bar No. 24025240
Federal Bar No. 25828
ANDREWS MYERS, P.C.
1885 Saint James Place, 15th Floor
Houston, TX 77056
(713) 850-4200
(713) 850-4211 Fax
hbarrow@andrewsmyers.com

**COUNSEL FOR E-Z LINE PIPE SUPPORT CO., LLC**

*AND*

By: */s/ Dylan B. Russell w/permission*
Dylan B. Russell
State Bar No. 24041839
Federal Bar No. 36707
HOOVER SLOVACEK LLP
Galleria Tower II
5051 Westheimer, Suite 1200
Houston, TX 77056
(713) 977-8686
(713) 977-5395
russell@hooverslovacek.com

**COUNSEL FOR PIPING TECHNOLOGY & PRODUCTS, INC.**